IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60107
Summary Calendar

_____

AMEER ALI; FARIDA AMIR ALI;
SAIMA AMIR ALI,

Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A72-763-918
BIA No. A72-763-919
BIA No. A72-763-920

--------------------
January 16, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ameer Ali, Farida Amir Ali, and Saima Amir Ali request review of the decision of the Board of Immigration Appeals ("BIA") which dismissed their appeal from the immigration judge's decision to deny their application for asylum and for withholding of deportation because they had not met their burden of proof. They argue that they presented sufficient evidence to establish a well-founded fear of persecution and that the BIA erroneously required

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

them to have detailed knowledge of the persecuted group to which they claimed membership.

We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Accordingly, the petition for review is DENIED.